PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:      510/832-5001
Facsimile:       510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
EDUARDO DERAS-NAVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DERAS-NAVA,<br><br>          Plaintiff,<br><br>     v.<br><br>24 HOUR FITNESS USA, INC.; 24 HOUR FITNESS WORLDWIDE, INC.; CRANE COURT, LLC; and NAZARETH ENTERPRISES, INC.,<br><br>          Defendants. | CASE NO. 5:19-03775-BLF<br><u>Civil Rights</u><br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NAZARETH ENTERPRISES, INC. <u>ONLY</u> |

NOTICE IS HEREBY GIVEN that Plaintiff Eduardo Deras-Nava ("Plaintiff") voluntarily dismisses without prejudice the above-entitled action as to and against Defendant Nazareth Enterprises, Inc. only.  Plaintiff's dismissal of Nazareth Enterprises, Inc. is based on representations by Defendants that Crane Court, LLC, is the sole owner of the property at issue in this matter, and Nazareth Enterprises has no interest in the property.  Plaintiff requests this dismissal be entered without prejudice at least through the General Order 56 process because there is a stay on discovery, and Plaintiff has no independent way to verify Nazareth Enterprises, Inc.'s interest in the case.

Date: August 22, 2019                                        REIN & CLEFTON

                                                                                           */s/ Aaron M. Clefton*
                                                                                         By AARON M. CLEFTON, Esq.
                                                                                         Attorney for Plaintiff
                                                                                         EDUARDO DERAS-NAVA

1