PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
EDUARDO DERAS-NAVA

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
STUART K. TUBIS, SBN 278278, skt@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants
24 HOUR FITNESS USA, INC.,
24 HOUR FITNESS WORLDWIDE, INC.,
and CRANE COURT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DERAS-NAVA,<br><br>      Plaintiff,<br><br>      v.<br><br>24 HOUR FITNESS USA, INC.; 24 HOUR FITNESS WORLDWIDE, INC.; and CRANE COURT, LLC,<br>      Defendants. | CASE NO. 5:19-cv-03775-BLF<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINE GENERAL ORDER 56 DEADLINE TO COMPLETE SITE INSPECTION**<br><br>Action Filed:  June 28, 2019 |

## <u>STIPULATION</u>

Plaintiff EDUARDO DERAS-NAVA ("Plaintiff") and 24 HOUR FITNESS USA, INC.;

24 HOUR FITNESS WORLDWIDE, INC.; and CRANE COURT, LLC ("Defendants") – Plaintiff

and Defendants together the "Parties" – hereby stipulate and request that the Court extend the

deadline for the Parties to conduct a joint sit inspection of the subject premises under General

- 1 -

1  Order 56 from October 11, 2019, to October 23, 2019.  This first request for an extension of time

2  of the General Order 56 site inspection deadline is based on the following good cause:

3     1.  Plaintiff filed this action on June 28, 2019. Dkt. No. 1.

4     2.  The parties have worked cooperatively in the spirit of General Order 56 to exchange

5         relevant information and work towards setting a mutually agreeable time for an

6         inspection of the subject premises.

7     3.  The parties have met and conferred, and the first mutually agreeable date for the

8         General Order 56 joint site inspection is October 23, 2019.

9     4.  Therefore, the parties jointly stipulate and request that the Court continue the deadline

10        to complete a General Order 56 site inspection to October 23, 2019.

11  **IT IS SO STIPULATED.**

12  DATED:  September 23, 2019                    REIN & CLEFTON

13

14                                                By:  */s/ Aaron Clefton*
                                                  AARON CLEFTON, Esq.
15                                                Attorneys for Plaintiff
                                                  EDUARDO DERAS-NAVA
16

17  DATED:  September 23, 2019                    JEFFER MANGELS BUTLER & MITCHELL LLP

18

19                                                By: */s/ Stuart K. Tubis*
                                                  STUART K. TUBIS, Esq.
20                                                Attorneys for Defendant,
                                                  24 HOUR FITNESS USA, INC.,
21                                                24 HOUR FITNESS WORLDWIDE, INC.,
                                                  and CRANE COURT, LLC

22

23                           **<u>FILER'S ATTESTATION</u>**

24          Pursuant to Local Rule 5-1, I hereby attest that on September 23, 2019, I, Aaron Clefton,

25  attorney with Rein & Clefton, received the concurrence of Stuart Tubis in the filing of this

26  document.

27                                                */s/ Aaron Clefton*
                                                  Aaron Clefton
28

- 2 -

1

### [PROPOSED] ORDER

2        Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

3 The deadline for the parties to complete the site inspection under General Order 56 is hereby

4 continued to October 23, 2019.

5

6 Dated:  _____, 2019

                                    _____
7                                    Honorable Beth Labson Freeman
                                    U.S. District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINES
CASE NO. 5:19-cv-03775-BLF