# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO DERAS-NAVA,<br><br>        Plaintiff,<br><br>   v.<br><br>24 HOUR FITNESS USA, INC., et al,<br><br>        Defendants. | Case No. 19-cv-03775-BLF<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

This case has been stayed pending the resolution of the bankruptcy petition filed by Defendants 24 Hour Fitness USA, Inc. and 24 Hour Fitness Worldwide, Inc. ECF 40. Under these circumstances, the Court finds it appropriate to administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, after the pendency of the bankruptcy proceedings.

**IT IS SO ORDERED.**

Dated: July 23, 2020

_____
BETH LABSON FREEMAN
United States District Judge